UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | * | CRIMINAL ACTION |
| | * | |
| VERSUS | * | CASE NO.: 10-204 |
| | * | |
| ROBERT FAULCON | * | SECTION: "N" |
| | * | |
| | * | |

## MOTION FOR NEW TRIAL

**NOW INTO COURT,** through undersigned counsel, comes ROBERT FAULCON who respectfully moves this Honorable Court to grant a New Trial in this matter, for the reasons more fully discussed in the attached Memorandum:

**WHEREFORE**, defendant prays that this Honorable Court set this matter for hearing, and after all due proceedings a new trial be granted.

Respectfully submitted,

___/s/Lindsay Larson_____
LINDSAY L. LARSON, III, LA Bar #
King, Krebs & Jurgens, PLC
201 St. Charles Ave., Suite 45th Floor
New Orleans, LA 70170
Telephone:     (504) 582-3800
Facsimile:     (504) 582-1233
Email: llarson@kingkrebs.com
ATTORNEY FOR
ROBERT FAULCON

_s/Paul C. Fleming, Jr._____
PAUL C. FLEMING, JR., LA Bar # 23076
2821 Kingman St.,  Suite C
P.O. Box 491
Metairie, LA 70004
Telephone:     (504) 888-3394
Facsimile:     (504) 457-2531
Email:  pfleming@fleminglaw.net
ATTORNEY FOR
ROBERT FAULCON

UNITED STATES DISTRICT COURT


EASTERN DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| UNITED STATE OF AMERICA | * | CRIMINAL ACTION |
| | * | |
| VERSUS | * | CASE NO.: 10-204 |
| | * | |
| ROBERT FAULCON | * | SECTION: "N" |
| | * | |
| | * | |


**CERTIFICATE OF SERVICE**


    I hereby certify that I have served the foregoing pleading on opposing counsel and all counsel for co-defendants by electronic mail this 22nd day of  August  , 2011.


s/Paul C. Fleming, Jr.
PAUL C. FLEMING, JR.

2