**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  10-204** |
| **v.** | * | **SECTION  "N"** |
| **KENNETH BOWEN, et. al.,** | * | |
| * | * | * |

## O R D E R

Considering the foregoing unopposed motion of the United States (Rec. Doc. 1335);

**IT IS HEREBY ORDERED** that Special Attorneys to the Attorney General John Horn and Charysse Alexander are granted an additional week,until April 4, 2016, to provide the responses previously ordered from them by the Court (see Rec. Docs. 1233 and 1335) relative to the Government's memorandum (and affidavits) (Rec. Doc. 1224) submitted in opposition to Defendants' Motion to Disqualify Counsel (Rec. Doc. 1178) and Defendants' Reply Memorandum (Rec. Doc. 1229).

New Orleans, Louisiana, this _____28th_____ day of March 2016.

_____
United States District Judge