**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-204 |
| KENNETH BOWEN<br>ROBERT GISEVIUS<br>ROBERT FAULCON<br>ANTHONY VILLAVASO<br>ARTHUR KAUFMAN | SECTION "N" (1) |

# ORDER

Considering the Court's familiarity with the extensive record in this matter, including previously submitted Pre-Sentence Investigation Reports for Defendants Bowen, Gisevius, Faulcon, Villavaso, and Kaufman, and the Court's understanding that those defendants intend to enter guilty pleas with the benefit of plea agreements perfected in accordance with Federal Rule of Criminal Procedure 11(c)(1)(C), the Court intends to sentence these defendants on April 14, 2016, immediately following acceptance of their guilty pleas on that same day. Accordingly, **IT IS ORDERED** that re-arraignments and sentencing hearings are to be held on April 14, 2016, at 9:30 a.m., for Defendants Kenneth Bowen, Robert Gisevius, Robert Faulcon, Anthony Villavaso, and Arthur Kaufman.

Given the expedited nature of these sentencing hearings, **IT IS FURTHER ORDERED** that any objections and/or other submissions pertinent to sentencing be made promptly.

New Orleans, Louisiana, this 8th day of April 2016.

						_____
						**KURT D. ENGELHARDT**
						**United States District Judge**

**Clerk to Copy:**

Counsel of Record
United States Probation Office
United States Marshals Service