UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-204 |
| ROBERT LEE FAULCON | SECTION: "G" |

## ORDER

Before the Court is Defendant Robert Lee Faulcon's ("Faulcon") "Motion to Award Good Time, Adjust Release Date and to Extend Home Confinement and Halfway House Pursuant to First Step Act."[1] In the motion, Faulcon moves the Court to order the Bureau of Prisons ("BOP") to recalculate his sentence and release him to home confinement based on the First Step Act of 2018.[2] Faulcon claims that the First Step Act of 2018 mandates awarding a full 54 days per year of good conduct time instead of the 47 days customarily awarded by the BOP pursuant to 18 U.S.C. § 3624(b).[3]

Faulcon is correct that Section 102(b)(1) of the First Step Act of 2018 amended 18 U.S.C. § 3624(b) to permit federal inmates to earn 54 days of good conduct time for each year of the sentence imposed.[4] However, this provision has not taken effect. In accordance with Section 102(b)(2) of the Act, the amendments made in this section only take effect when the Attorney General completes the "risk and needs assessment system" required by Section 101(a) of the Act.[5] Section 101(a) does not require completion of the system until 210 days after the Act's

---

[1] Rec. Doc. 1428.

[2] *Id.* at 1.

[3] *Id.* at 2.

[4] *See* 18 U.S.C. § 3634(b).

[5] Pub. L. 115-391, Title I, § 102(b)(1)(A), (2), Dec. 21, 2018.

enactment.[6] Thus, Section 102(b)(1) will not take effect until approximately July 2019. Consequently, Faulcon's claim that the BOP must immediately recalculate his sentence pursuant to the First Step Act lacks merit. Accordingly,

**IT IS HEREBY ORDERED** that "Motion to Award Good Time, Adjust Release Date and to Extend Home Confinement and Halfway House Pursuant to First Step Act"[7] is **DENIED**.

**NEW ORLEANS, LOUISIANA**, this   10th   day of June, 2019.

                                              **NANNETTE JOLIVETTE BROWN**
                                              **CHIEF JUDGE**
                                              **UNITED STATES DISTRICT JUDGE**

---

[6] *See* 18 U.S.C. § 3632(a).

[7] Rec. Doc. 1428.